UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80029-CIV-MIDDLEBROOKS

TOM MAHONEY,

    Plaintiff,

v.

TT OF PINE RIDGE, INC.,

    Defendant.

_____/

## ORDER SETTING FINAL APPROVAL HEARING TIME

**ORDERED** and **ADJUDGED** that the Final Approval Hearing, scheduled for November 1, 2017 (DE 54 at 5), will be held at 9:00 a.m. in the United States Courthouse located at 701 Clematis Street, West Palm Beach, Florida 33401, Courtroom 7. Plaintiff Tom Mahoney shall mail supplemental notices to class members providing this information **by August 14, 2017**.

**SO ORDERED** in Chambers, at West Palm Beach, Florida, this 1st day of August, 2017.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record